AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| DARRELL GRIFFIN | ) | |
| v. | ) | Case No.: 3:15-cv-01209-J-20MCR |
| CITY OF JACKSONVILLE, et al., | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on **08/14/2017** against **Plaintiff, Darrell Griffin**,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena .......................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 5,647.50 |
| Fees and disbursements for printing ................................ | |
| Fees for witnesses *(itemize on page two)* ........................... | $130.30 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................... | |
| Docket fees under 28 U.S.C. 1923 .................................. | |
| Costs as shown on Mandate of Court of Appeals .................... | |
| Compensation of court-appointed experts ........................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ...................................... | |
| **TOTAL** $ | **5,777.80** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: _s/ Sean Bryan Granat_
Name of Attorney: Sean Bryan Granat

For: _Defendant City of Jacksonville_    Date: 8/28/17
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court         Deputy Clerk         Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Carrie Davis<br>Jacksonville, Florida | 1 | 40.00 | | | 7 | 3.57 | $43.57 |
| Ed Gaston<br>Jacksonville, Florida | 1 | 40.00 | | | 7 | 3.57 | $43.57 |
| Bernard Wilson | 1 | 40.00 | | | 6 | 3.16 | $43.16 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $130.30 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DARRELL GRIFFIN,

        Plaintiff,                                         Case No. 3:15-cv-01209-J-20MCR

v.

THE CITY OF JACKSONVILLE, FLORIDA;
and LAURA STAGNER, individually,

        Defendants.
_____/

## AFFIDAVIT AND ITEMIZATION OF COSTS

        SEAN GRANAT does hereby submit this affidavit and itemization of costs, and states as follows:

        1.      My name is Sean B. Granat. I am over the age of eighteen (18) years, and am of sound mind and fully competent to attest to the matters stated herein.

        2.      I am the attorney of record for the Defendants in this matter, and I have personal knowledge of the information below.

        3.      The following costs were necessarily incurred in this case, and the services for which the fees have been charged were actually and necessarily performed:

|   | Cost | Description | Date Incurred |
|---|------|-------------|---------------|
| A. | $782.25 | Depositions of Laura Stagner Dayatra Coles, Thomas Carter, | July 27, 2016 |
| B. | $374.75 | Depositions of Carla Ray, Daniel Rieves, and Folks Huxford, | November 10, 2016 |
| C. | $1,722.50 | Deposition of Plaintiff Griffin | October 26, 2016 |
| D. | $1,160.00 | Video deposition of Plaintiff | October 26, 2016 |
| E. | $250.50 | Depositions of Kerri Stewart | December 16, 2016 |

and Sam Mousa

| | | | |
|---|---|---|---|
| F. | $380.00 | Deposition of Kirk Sherman | December 22, 2016 |
| G. | $977.50 | Depositions of Edward Gaston, Carrie Davis, and Bernard Wilson | March 17, 2017 |

**Total $5,647.50**

4. Additionally, $130.30 was paid in witness fees for the deposition appearances of Edward Gaston, Carrie Davis, and Bernard Wilson.

5. The total amount of $5,777.80 was paid by the City of Jacksonville for fees or services that were actually and necessarily performed.

6. True and correct invoices for each cost above are attached as a composite exhibit.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

Executed this 28th day of August, 2017, in Jacksonville, Duval County, Florida.

SEAN B. GRANAT
DEPUTY GENERAL COUNSEL
Florida Bar No. 0138411
Primary e-mail: SGranat@coj.net
OFFICE OF GENERAL COUNSEL
117 W. Duval St., Suite 480
Jacksonville, FL 32202
Telephone: (904) 630-1700
Attorneys for Defendants

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me this 28th day of August, 2017, by SEAN B. GRANAT, who is personally known to me or who has produced _____ as identification and who did take an oath.

_____
(Signature of NOTARY PUBLIC)

KATHLEEN S. GARELICK
Notary Public - State of Florida
My Comm. Expires Sep 22, 2018
Commission # FF 142432

_____
(Printed Name of NOTARY PUBLIC)
State of Florida at Large.
My commission expires:

2

# COMPOSITE EXHIBIT

# First Coast Court Reporters

2442 Atlantic Boulevard
Jacksonville, Fl 32207
Phone (904) 396-1050
FAX (904) 396-9768

| Date | Invoice # |
|---|---|
| 8/15/2016 | 20161333 |

| Bill To |
|---|
| Sean Granat, Esquire<br>Assistant General Counsel<br>Office of General Counsel<br>117 West Duval Street, Suite 480<br>Jacksonville, Florida 32202 |

| Terms | Rep | Location | Fed Tax ID # |
|---|---|---|---|
| Due on receipt | CDC | In House | ▉3680 |

| Job Date | Description | Amount |
|---|---|---|
| 7/27/2016 | Transcript Copy & Condensed - STAGNER-CRITES | 308.00 |
| | Transcript Copy & Condensed - COLIS | 253.00 |
| | Transcript Copy & Condensed - CARTER,III | 167.75 |
| | Exhibits | 43.50 |
| | Materials and Delivery | 10.00 |
| | | |
| | Darrell Griffin | |
| | v. | |
| | City of Jacksonville | |
| | 3:15-cv-01209-J-20-MCR | |
| | USDC | |
| | | |
| | Depositions of LAURA STAGNER-CRITES, DAYATRA COLIS & THOMAS G. CARTER,III | |

Approved for Payment
Deputy General Counsel
City of Jacksonville
Dated: 8-26-16

TABS#4605.1500007

For your convenience you may pay by credit card
Visa or MasterCard
Card No:
Exp Date:
Security Code:
Name on Card:
Address:
Phone:

We appreciate your business!

| | |
|---|---|
| **Total** | $782.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $782.25 |

Please pay invoice within 30 days to avoid 1.5% late payment fee.

TABS #: 4205.150007

**First Coast Court Reporters**

(904)396-1050
FAX (904) 396-9768
2442 Atlantic Boulevard
Jacksonville, Fl 32207

Approved for Payment
*Wendy Byndloss*
Assistant General Counsel
City of Jacksonville
Dated: 12/5/16

| Date | Invoice # |
|---|---|
| 12/5/2016 | 20162010 |

| Bill To |
|---|
| Wendy Byndloss, Esquire<br>117 West Duval Street, Ste 480<br>Jacksonville, Florida 32202 |

RECEIVED
DEC 05 2016
Office of General Counsel

| Terms | Rep | Location | Fed Tax ID # |
|---|---|---|---|
| Due on receipt | CDC | Off Site | ▮3680 |

| Job Date | Description | Amount |
|---|---|---|
| 11/10/2016 | Transcript Copy & Condensed - Ray | 107.25 |
| | Transcript Copy & Condensed - Rieves | 156.75 |
| | Transcript Copy & Condensed - Huxford | 79.75 |
| | Exhibits | 26.00 |
| | Materials and Delivery | 5.00 |
| | | |
| | Darrell Griffin | |
| | v. | |
| | City of Jacksonville | |
| | Case No: 3:15-cv-01209-J-20MCR | |
| | | |
| | Depositions of CARLA RAY, DAN RIEVES, & FOLKS HUXFORD | |

For your convenience you may pay by credit card
Visa or MasterCard
Card No:
Exp Date:
Security Code:
Name on Card:
Address:
Phone:

We appreciate your business!

Please pay invoice within 30 days to avoid 1.5% late payment fee.

| | |
|---|---|
| **Total** | $374.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $374.75 |

TABS# 4205.150007

# First Coast Court Reporters

(904)396-1050
FAX (904) 396-9768
2442 Atlantic Boulevard
Jacksonville, Fl 32207

| Date | Invoice # |
|---|---|
| 11/7/2016 | 20161875 |

| Bill To |
|---|
| Wendy Byndloss, Esquire<br>117 West Duval Street, Ste 480<br>Jacksonville, Florida 32202 |

Approved for Payment
*Wendy Byndloss*
Assistant General Counsel
City of Jacksonville
Dated: 1/6/17

| Terms | Rep | Location | Fed Tax ID # |
|---|---|---|---|
| Reminder | CDC | | ▇3680 |

| Job Date | Description | Amount |
|---|---|---|
| 10/26/2016 | Per Diem<br>Original & Copy<br>Materials and Delivery<br><br>Darrell Griffin vs. City of Jacksonville<br>Case No. 3:15-cv-01209-J-20-MCR<br>Division USDC<br><br>Deposition of DARRELL GRIFFIN | 417.50<br>1,295.00<br>10.00 |
| 12/20/2016 | REBILLED: PLEASE REMIT PAYMENT | 0.00 |

For your convenience you may pay by credit card
Visa or MasterCard
Card No:
Exp Date:
Security Code:
Name on Card:
Address:
Phone:

We appreciate your business and loyalty!

Please pay invoice within 30 days to avoid 1.5% late payment fee.

| | |
|---|---|
| **Total** | $1,722.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,722.50 |

**Nozo Media**
9200 Starpass Drive
Jacksonville, FL  32256
(904)998-4230
Bobby@nozomedia.com



# INVOICE

**BILL TO**
Sean Granat
Office of General Counsel
117 West Duval Street - Suite 480
Jacksonville, FL  32202

**INVOICE #** 1340
**DATE** 10/27/2016
**DUE DATE** 11/26/2016
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| RE: Darrell Griffin Deposition - 9:30 - 6:30 (1 hour lunch) 8 hours | | | |
| Setup / 2 hours / Digital Delivery | 1 | 350.00 | 350.00 |
| 6 hours of video Deposition | 6 | 135.00 | 810.00 |

**BALANCE DUE**       **$1,160.00**

Approved for Payment
_____
Deputy General Counsel
City of Jacksonville
Dated: 1-9-17

# First Coast Court Reporters

(904)396-1050
FAX (904) 396-9768
2442 Atlantic Boulevard
Jacksonville, Fl 32207

| Date | Invoice # |
|---|---|
| 1/4/2017 | 20162159 |

| Bill To |
|---|
| Sean Granat, Esquire<br>Assistant General Counsel<br>Office of General Counsel<br>117 West Duval Street, Suite 480<br>Jacksonville, Florida 32202 |

| Terms | Rep | Location | Fed Tax ID # |
|---|---|---|---|
| Due on receipt | CDC | In House | ▇3680 |

| Job Date | Description | Amount |
|---|---|---|
| 12/16/2016 | Transcript Copy & Condensed - Stewart | 96.25 |
| | Transcript Copy & Condensed - Mousa | 143.00 |
| | Exhibits | 6.25 |
| | Materials and Delivery | 5.00 |
| | Darrell Griffin, Plaintiff, vs. City of Jacxksonville, Florida; and Laura Stagner, individually, Defendants.<br>Case No. 3:15-cv-01209-J-20-MCR<br><br>Deposition of KERRI STEWART and SAM E. MOUSA<br><br>Approved for Payment<br>_____<br>Deputy General Counsel<br>City of Jacksonville<br>Dated: 1-9-17 | |

For your convenience you may pay by credit card
Visa or MasterCard
Card No:
Exp Date:
Security Code:
Name on Card:
Address:
Phone:

We appreciate your business and Happy New Year!!

Please pay invoice within 30 days to avoid 1.5% late payment fee.

| | |
|---|---|
| **Total** | $250.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $250.50 |

TABS # 4205.150000

**First Coast Court Reporters**

(904)396-1050
FAX (904) 396-9768
2442 Atlantic Boulevard
Jacksonville, Fl 32207

RECEIVED
JAN 13 2017
Office of General Counsel

| Date | Invoice # |
|---|---|
| 1/13/2017 | 20170032 |

| Bill To |
|---|
| Sean Granat, Esquire<br>Assistant General Counsel<br>Office of General Counsel<br>117 West Duval Street, Suite 480<br>Jacksonville, Florida 32202 |

Approved for Payment
*Wendy Bendlos*
Assistant General Counsel
City of Jacksonville
Dated: 1/18/17

| Terms | Rep | Location | Fed Tax ID # |
|---|---|---|---|
| Due on receipt | CDC | In House | ▇3680 |

| Job Date | Description | Amount |
|---|---|---|
| 12/22/2016 | Transcript Copy & Condensed<br>Exhibits<br>Materials and Delivery<br><br>Darrell Griffin<br>v.<br>City of Jacksonville<br>Case No: 3:15 cv 01209-J 20 MCR<br><br>Deposition of KIRK SHERMAN | 341.00<br>34.00<br>5.00 |

For your convenience you may pay by credit card
Visa or MasterCard
Card No:
Exp Date:
Security Code:
Name on Card:
Address:
Phone:

We appreciate your business!

Please pay invoice within 30 days to avoid 1.5% late payment fee.

| | |
|---|---|
| **Total** | $380.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $380.00 |

TABS # 4205.150007

**First Coast Court Reporters**

(904)396-1050
FAX (904) 396-9768
2442 Atlantic Boulevard
Jacksonville, Fl 32207

RECEIVED
MAR 28 2017
Office of General Counsel

| Date | Invoice # |
|---|---|
| 3/27/2017 | 20170474 |

| Bill To |
|---|
| Wendy Byndloss, Esquire<br>117 West Duval Street, Ste 480<br>Jacksonville, Florida 32202 |

Approved for Payment
*Wendy Byndloss*
Assistant General Counsel
City of Jacksonville
Dated: 3/30/17

| Terms | Rep | Location | Fed Tax ID # |
|---|---|---|---|
| Due on receipt | CDC | Off Site | ▓▓▓3680 |

| Job Date | Description | Amount |
|---|---|---|
| 3/17/2017 | Per Diem | 250.00 |
| | Original & Copy - EDWARD A. GASTON | 345.00 |
| | Original & Copy - CARRIE L. DAVIS | 195.00 |
| | Original & Copy - BERNARD A WILSON | 140.00 |
| | Exhibits | 37.50 |
| | Materials and Delivery | 10.00 |
| | | |
| | Darrel Griffin | |
| | v. | |
| | City of Jacksonville | |
| | Case No: 3:15-cv-01209-J-20-MCR | |
| | | |
| | Depositions of EDWARD A. GASTON, CARRIE L. DAVIS & BERNARD A WILSON | |

For your convenience you may pay by credit card
Visa or MasterCard
Card No:
Exp Date:
Security Code:
Name on Card:
Address:
Phone:

We appreciate your business!

| Total | $977.50 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $977.50 |

Please pay invoice within 30 days to avoid 1.5% late payment fee.

**CITY OF JACKSONVILLE FLORIDA**
**OFFICE OF GENERAL COUNSEL**

2614
63-2/630
BRANCH 03531

DATE 2/11/17

PAY TO THE ORDER OF Carrie Davis     $ 43 57

Forty Three dollars + 57/     DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR 4205.15-7 Byndloss
Subp/Witn.    ⑈002614⑈ ⑆

| | |
|---|---|
| CITY OF JACKSONVILLE FLORIDA<br>OFFICE OF GENERAL COUNSEL | 2613<br>63-2/630<br>BRANCH 03531 |

DATE 2/11/07

PAY TO THE ORDER OF  Ed Gastin                                    $ 43 57

Forty Three dollars + 57/

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR 4205.15-7  Byrdoss

Subpoena/Witn  ⑈002613⑈

**CITY OF JACKSONVILLE FLORIDA**
**OFFICE OF GENERAL COUNSEL**

2615
63-2/630
BRANCH 03531

DATE 2/11/17

PAY TO THE ORDER OF B. A. Wilson    $ 43⁴⁶

Forty three dollars + 46/                                              DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR 4205-15-7
Subp. Witn   ⑈002615⑈ ⑆